THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JIM C. BRANNAN,<br><br>                Plaintiff,<br><br>v.<br><br>MIKE SMITH et al.<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-CV-205-DAK<br><br>District Judge Dale A. Kimball |

      In this prisoner civil-rights action, on July 8, 2024, the Court ordered "Plaintiff to within thirty days SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to follow the Court's May 31, 2024 Order to within thirty days either (a) verify in a letter to the Court that Plaintiff is still a prisoner and, if so, where; or (b) state in a letter that Plaintiff has been released from incarceration." (ECF Nos. 10-11.) Plaintiff has still not complied. Indeed, the Court last heard from Plaintiff nearly four months ago when Plaintiff filed a change of address. (ECF No. 9.)

      IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

      DATED this 14th day of August 2024.

                      BY THE COURT:

                      DALE A. KIMBALL<br>
                      United States District Judge